UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YURY GOKHBERG,

        Plaintiff,

  v.                                                     JUDGMENT
                                                       17-cv-00276 (DLI)(VMS)

PNC BANK, NATIONAL ASSOCIATION,

        Defendant.
------------------------------------------------------------X

     A Memorandum and Order of the Honorable Dora L. Irizarry, United States District Judge, having been filed on January 6, 2021, granting Defendant's motion for summary judgment in its entirety; it is

     ORDERED and ADJUDGED that Defendant's motion for summary judgment is granted in its entirety.

| | |
|---|---|
| Dated: Brooklyn, New York<br>       January 7, 2021 | Douglas C. Palmer<br>Clerk of Court |
| | By:   _/s/Jalitza Poveda_<br>       Deputy Clerk |