FORM 1

# NOTICE OF APPEAL

\* \* \* \* \* \* \* \* \* \* \*

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NEW YORK

YURY GOKHBERG

PNC BANK, NATIONAL ASSOCIATION

NOTICE OF APPEAL
17-CV-00276
Docket No.

Notice is hereby given that YURY GOKHBERG
(party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the decision (describe it) and subsequent Judgment which granted Defendant's Motion for summary judgment holding that Plaintiff's claims of employment discrimination and retaliatory termination are meritless and Plaintiff was terminated because he engaged in misconduct.

entered in this action on the 6 and 7 day of JANUARY, 20 21

Signature

Yevgeny Tsyngauz, Esq.
Printed Name

114 Mulberry Street, Ground Floor
Address

New York, NY 10013

(212) 337-9770
Telephone No. (with area code)

Date: 02/02/2021

Official Form 417A (12/15)

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): **Yury Gokhberg**

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   - ☑ Plaintiff
   - ☐ Defendant
   - ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   - ☐ Debtor
   - ☐ Creditor
   - ☐ Trustee
   - ☐ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: **Order and Judgment**

2. State the date on which the judgment, order, or decree was entered: **January 6, 2021 and January 7, 2021**

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: **Yury Gokhberg**   Attorney: **Tsyngauz & Associates, P.C.**
   **114 Mulberry Street, Ground Floor**
   **New York, NY 10013**
   **212-337-9770**

2. Party: **PNC Bank, N.A.**   Attorney: **Seyfarth Shaw LLP**
   **620 Eighth Ave, 32nd Floor**
   **New York, NY 10018**
   **212-218-5500**

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

_/s/_ _____  Date: February 2, 2021
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):
  Yevgeny Tsyngauz, Esq.
  Tsyngauz & Associates, P.C.
  114 Mulberry Street, Ground Floor
  New York, NY 10013
  212-337-9770

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.